AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2021

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS (a.k.a.
serpentoftheoldsatanbabyRICO),

_____
*Plaintiff*

v.

SPOKANE COUNTY SUPERIOR COURTS, SPOKANE
COUNTY DETENTION SERVICES and U.S. DISTRICT
COURTS EASTERN DISTRICT OF WASHINGTON
AND IDAHO
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  2:20-CV-00472-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED with prejudice as frivolous, malicious, and for failure to state a claim under 28 U.S.C. §
1915(e)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   ROSANNA MALOUF PETERSON _____

Date:  5/7/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Tonia Ramirez _____ ▼
*(By) Deputy Clerk*

Tonia Ramirez _____ ▼